# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr115

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BIBIANA ALVAREZ LOPEZ. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The plea deadline in this matter has been extended to August 8, 2008. The parties are hereby advised that in the event the Defendant does not file a plea agreement on or before August 8, 2008, they should be ready to pick a jury on Monday, August 11, 2008 at 9:00 a.m.

**IT IS, THEREFORE, SO ORDERED.**

Signed: July 24, 2008

Lacy H. Thornburg
United States District Judge