# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NO. 3:08cr115

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BIBIANA ALVAREZ LOPEZ. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 13].

It appears to the Court that subsequent to the handing down of the Bill of Indictment in this matter that the Government charged the Defendant herein by way of a Bill of Information that is set out in Case Number 3:08cr169 pertaining to conduct related to that charged in the Indictment herein. On August 12, 2008, the Defendant plead guilty and was sentenced pursuant to the Bill of Information in Case No. 3:08cr169. Based thereon the Government has now moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss this action that is based upon the earlier Bill of Indictment. The Court determines that there is good cause for allowing the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 13] is **GRANTED** and this matter is hereby **dismissed**.

**IT IS SO ORDERED**.

Signed: August 13, 2008

Martin Reidinger
United States District Judge